Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

**CASE NO.** 11-12178

Debtor **Latoya Shanelle Lewers**  SS# **xxx-xx-6926**   Current Monthly Income $ **523.00**
Joint Debtor _____  SS# _____   Current Monthly Income $ **732.38**
Address **1445 Rockhill Rd. Sardis, MS 38666-0000**   No. of Dependents **2**
Telephone No. _____   **TAX REFUNDS AND EIC FOR DISTRIBUTION:** _____

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **54** months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A) Debtor shall pay $ **495.50** per **month** to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor since here income is from social security benefits & child support:

(B) Joint Debtor shall pay $____ per **(monthly / semi-monthly / weekly / bi-weekly )** to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ **0.00** @ $ **0.00** /mo
State Tax Commission $ **0.00** @ $ **0.00** /mo Other $ **0.00** @ $ **0.00** /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**
**-NONE-**
beginning in the amount of $ per month shall be paid:
_____ direct  _____ through payroll deduction  _____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**
**-NONE-**
in the amount of $ shall be paid $ per month:
_____ through payroll deduction  _____ through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: **Dick Moore Housing**   BEGINNING **06/2011**   @$   **600.00**   ☐PLAN ☒DIRECT
MTG PMTS TO: **Panola County Farms**   BEGINNING **06/2011**   @$   **116.72**   ☐PLAN ☒DIRECT
MTG ARREARS TO: **Dick Moore Housing**   THROUGH **05/2011**   $   **600.00**   @$   **11.11** /MO*
(*Including interest at **0.00** %)
MTG ARREARS TO: **Panola County Farms**   THROUGH **05/2011**   $   **2,675.24**   @$   **49.54** /MO*
(*Including interest at **0.00** %)

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1326(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| **Hernando Auto Sales** | **2006 Suzuki Forenda (with over 102,000 miles)** | **5,400.00** | **5,693.00** | **7.00** % | **6,310.68** | **116.86** |
| **Kwik Cash** | **2000 Oldsmobile Alero (with over 246,000 miles)** | **1,290.00** | **2,500.00** | **7.00** % | **1,507.55** | **27.92** |

Debtor's Initials **LL**   Joint Debtor's Initials _____   CHAPTER 13 PLAN, PAGE 1 OF 2

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| Panola County Chancery Clerk | 10.77 acres located at 1445 Rockhill Road, Sardis, MS 38666 | 451.15 | 20,000.00 | 18.00 % | 661.46 | 12.25 |
| Panola County Chancery Clerk | 10.77 acres located at 1445 Rockhill Road, Sardis, MS 38666 | 423.74 | 20,000.00 | 18.00 % | 648.96 | 11.51 |
| Panola County Tax Collector | 2002 Southern Homes 16 x 72 Mobile Home | 584.14 | 15,775.85 | 12.00 % | 784.84 | 14.05 |
| Panola County Tax Collector | 10.77 acres located at 1445 Rockhill Road, Sardis, MS 38666 | 268.10 | 20,000.00 | 12.00 % | 348.28 | 6.45 |
| Panola County Tax Collector | 10.77 acres located at 1445 Rockhill Road, Sardis, MS 38666 | 360.99 | 20,000.00 | 12.00 % | 468.95 | 8.68 |
| Panola County Tax Collector | 10.77 acres located at 1445 Rockhill Road, Sardis, MS 38666 | 322.50 | 20,000.00 | 12.00 % | 419.47 | 7.77 |
| Southaven Auto Sales | 2007 Chrysler Sebring (with over 122,000 miles) | 7,800.00 | 8,500.00 | 0.00 % | 7,800.00 | 144.44 |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| -NONE- | | | |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:   -NONE-

**UNSECURED DEBTS** totaling approximately $  73,539.48   are to be paid in deferred payments to creditors that have **timely filed claims** that are not disallowed: ____ IN FULL or __0__ % (PERCENT) MINIMUM.

Total Attorney Fees Charged $  2,800.00

Attorney Fees Previously Paid $  100.00

Atty fees to be paid through the plan $  2,700.00

Pay administrative costs and debtor's attorney fees **Pursuant to Court Order and/or local rules with the attorney's fees being paid by an initial payment of $50.00 and the remaining payment being calculated on a monthly basis.**

Name/Address/Phone # of Vehicle Insurance Co./Agent

Attorney for Debtor (Name/Address/Phone # / Email)
**Robert Gambrell 4409**
**101 Ricky D Britt Sr Blvd**
**Suite 3**
**Oxford, MS 38655-4236**

Telephone/Fax

Telephone/Fax  **662-281-8800/662-202-1004**
E-mail Address  **rg@ms-bankruptcy.com**

DATE:  **May 25, 2011**

DEBTOR'S SIGNATURE   **/s/ Latoya Shanelle Lewers**

JOINT DEBTOR'S SIGNATURE

ATTORNEY'S SIGNATURE   **/s/ Robert Gambrell**