# THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Latoya Shanelle Lewers, Debtor(s).      Case No. 11-12178 DWH

   1445 Rockhill Road     Chapter 13

   Sardis, MS  38666

   XXX-XX-6926

## Notice of Appearance and Request for Notice

   Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Department of Labor & Workforce Dev-Benefit Pmt. Ctrl.

Notices should be addressed to:

Tennessee Department of Labor & Workforce Dev-Benefit Pmt. Ctrl.

c/oTN Attorney General's Office, Bankruptcy Division

PO Box 20207

Nashville, Tennessee 37202-0207

This request reserves and does not waive the sovereign immunity of the State of Tennessee or the State's rights under the Eleventh Amendment to the United States Constitution.

                    Respectfully submitted,

                    Robert E. Cooper, Jr.

                    Attorney General and Reporter

                    /s/ Gill Geldreich

                    Gill Geldreich

                    Senior Counsel

                    BPR No. 020775

                    OFFICE OF THE ATTORNEY GENERAL

                    BANKRUPTCY DIVISION

                    P O BOX 20207

                    Nashville, TN  37202-0207

                    Phone: 615-532-2504    Fax: 615-741-3334

## CERTIFICATE OF SERVICE

   I certify that on _____June 22, 2011_____a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

                    /s/ Gill Geldreich

                    Gill Geldreich

                    Senior Counsel

| | |
|---|---|
| Locke D. Barkley | Robert Gambrell |
| Chapter 13 Trustee | Attorney for the Debtor(s) |
| PO Box 55829 | Gambrell & Associates, PLLC |
| Jackson, MS 39296 | 101 Ricky D Britt Blvd. |
| | Oxford, MS 38655 |