IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                              CHAPTER 13 NO.:

LATOYA SHANELLE LEWERS                         11-12178-DWH


### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW Trustee, Locke D. Barkley, by and through counsel, and files this Objection to Confirmation, and in support thereof states as follows:

1. Debtor[1] commenced this proceeding with the filing of a chapter 13 bankruptcy petition on May 13, 2011.  Debtor filed a proposed amended plan (Dkt. #13) on July 8, 2011 (the "plan").

2. Debtor's plan fails to comply with 11 U.S.C. § 1325(a)(1).  Debtor's plan proposes to retain a vehicle which has been totaled.

3. Confirmation of Debtor's plan should be denied and the case dismissed.

4. Trustee objects to any amended plan filed hereinafter.

WHEREFORE, PREMISES CONSIDERED, Trustee, Locke D. Barkley, requests that upon notice and hearing that this Court enter its order sustaining Trustee's objection and for such other relief to which Trustee and this bankruptcy estate may be entitled.

---

[1] The above-referenced Debtor or Debtors shall be referred to herein in the singular as Debtor unless specified otherwise.

Dated: July 19, 2011

                Respectfully submitted,
                LOCKE D. BARKLEY, TRUSTEE

                /s/ G. Adam Sanford
                ATTORNEYS FOR TRUSTEE
                W. Jeffrey Collier (MSB 10645)
                G. Adam Sanford (MSB 103482)
                817 East River Place
                Post Office Box 55829
                Jackson, Miss.  39296
                (601) 355-6661
                ssmith@barkley13.com

# **C E R T I F I C A T E**

      I, the undersigned attorney for Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the following attorneys of record and/or parties of interest:

Office of the U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Robert Gambrell, Esq.
rg@ms-bankruptcy.com
dw@ms-bankruptcy.com
beth@ms-bankruptcy.com
ac@ms-bankruptcy.com
la@ms-bankruptcy.com
rgecfile@gmail.com

Latoya Shanelle Lewers
1445 Rockhill Road
Sardis, MS  38666

Kwik Cash
7047 Commerce Drive, Suite C-1
Olive Branch, MS  38654

Dated: July 19, 2011

                                       /s/ G. Adam Sanford
                                       G. ADAM SANFORD