CLF 67bk
(Rev. 05/22/03)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662–369–2596

---

In Re: Latoya Shanelle Lewers
Debtor(s)

Case No.: 11–12178–DWH
Chapter: 13
Judge: David W. Houston III

---

PLEASE TAKE NOTICE that a hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 8/23/11 at 01:30 PM

to consider and act upon the following:

*19* – Objection to Confirmation of Chapter 13 Plan Filed by Locke D. Barkley on behalf of Locke D. Barkley (Barkley, Locke)

Dated: 7/20/11

David J. Puddister
Clerk, U.S. Bankruptcy Court
BY: SAR
  Deputy Clerk