_____



SO ORDERED,

*[signature]*

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13 NO.:

LATOYA SHANELLE LEWERS                                     11-12178-JDW

### FINAL ORDER OF DISMISSAL

THIS MATTER came before the Court on the *ore tenus* motion of the Trustee for a *Final Order of Dismissal* for failure to comply with *Agreed Order Denying Motion to Dismiss (Dkt. #96)* (Dkt. #103). Specifically, Debtor became 60 days delinquent in Chapter 13 plan payments. Trustee requests that her motion be granted and that this case be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that Trustee's *ore tenus* motion shall be and is hereby granted and this case shall be and is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ G. Adam Sanford
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
G. Adam Sanford (MSB 103482)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com